# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-18-00350-CV

---

### In re Leah Hayes

### T. Y. J., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-16-005029
### THE HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

---

### O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of T. Y. J.  The subject of this proceeding is court reporter Leah Hayes, who has failed to comply with this Court's order to file the reporter's record.

On June 5, 2018, we ordered Hayes to file the record by June 15, 2018, and cautioned her that failure to file the record by that date could require her to show cause why she should not be held in contempt of court.

Therefore, it is hereby ordered that Leah Hayes shall appear in person before this Court on **Tuesday, July 3, 2018, at 1:30 p.m.**, in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis

County, Texas, to show cause why she should not be held in contempt and have sanctions imposed for her failure to obey our June 5, 2018 order. This order to show cause will be withdrawn and Hayes will be relieved of her obligation to appear before this Court as ordered above if the Clerk of the Court receives the complete reporter's record on or before **10:00 a.m. on Monday, July 2, 2018.**

It is ordered on June 19, 2018.


Before Justices Puryear, Goodwin, and Bourland